# UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### South Bend Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Deborah L Austin<br>aka Deborah Irby<br>xxx−xx−4237<br>801 Turnock St<br>South Bend, IN 46617 | )<br>)<br>)<br>)  Case Number: 12−33430−hcd<br>)<br>)<br>)  Chapter: 13<br>) |

## ORDER

The Motion to Modify The Automatic Stay and Request for Abandonment filed on August 15, 2017 , by Creditor Wells Fargo Bank, NA may be granted, without a hearing, in the absence of any objection following 14 days' notice to creditors . Movant shall be responsible for serving notice of the application and the opportunity to object thereto, in accordance with N.D. Ind. L.B.R. B−2002−2(e), upon all creditors and making due proof thereof.

SO ORDERED.

Dated: August 16, 2017

Harry C. Dees, Jr.
_____
Judge, United States Bankruptcy Court

Document No. 60 − 58